# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

**UNITED STATES OF AMERICA,**

                                        **DOCKET NO. 3:19CR83**

    **V.**                                                   **ORDER**

**(1) RIGOBERTO BARRERA-VENTURA** *et al*

---

Upon consideration of the Motion of the United States of America, by and through the United States Attorney for the Western District of North Carolina and upon finding good cause for the retention of the controlled substances seized in U. S. Department of Homeland Security, Customs and Border Protection Laboratory number SV20190551, FPF Case Number (0n the Form 6051A) 2019151200041701; and Laboratory number SV20190728, FPF Case Number 2019151200045401.

IT IS HEREBY ORDERED that the aforementioned controlled substances be retained by the Department of Homeland Security until further Order of the Court.

SO ORDERED this 8th day of November 2021.

Signed: November 8, 2021

_____
Frank D. Whitney
United States District Judge