## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | Docket No. 3:19-cr-83-FDW |
| ) | |
| **v.** ) | |
| ) | **ORDER** |
| **(1) RIGOBERTO BARRERA-VENTURA** *et al* ) | |
| ) | |

Upon consideration of the Motion (Doc. 104) of the United States of America, by and through the United States Attorney for the Western District of North Carolina, and upon finding good cause for the destruction of the controlled substance evidence seized in U.S. Customs and Border Protection Laboratory number SV20190551, FPF Case Number (on the Form 6051A) 2019151200041701; and Laboratory number SV20190728, FPF Case Number 2019151200045401,

IT IS HEREBY ORDERED that the aforementioned controlled substances may be destroyed by the Department of Homeland Security.

SO ORDERED this 26th day of September 2023.

THE HONORABLE FRANK D. WHITNEY
UNITED STATES DISTRICT JUDGE
WESTERN DISTRICT OF NORTH CAROLINA